ANTONIO RUIZ, Bar No. 155659
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax  (510) 337-1023
E-Mail: aruiz@unioncounsel.net
          clozano@unioncounsel.net

Attorneys for Defendants Laborers Local No. 261 and
Ramon Hernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO CASTILLO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LABORERS LOCAL NO. 261 CONSTRUCTION & GENERAL LABORERS. RAMON HERNANDEZ, DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION** |

Defendants Laborers Local No. 261 and Ramon Hernandez ("Defendants") hereby file their notice of removal from the Superior Court of the State of California for the County of San Francisco, in the action entitled *Igancio Castillo v. Laborers Local No. 261, et al.*, Case No. CGC14-538081.

The following statements are submitted pursuant to 28 U.S.C. § 1446.

1.　　Defendants were served with the Summons and Complaint for Damages and Demand for Jury Trial on or about May 19, 2014. A copy of these documents along with the Civil Case Cover Sheet and other informational documents are attached hereto as Exhibit A. This complaint states the federal claim on which the removal is based.

2.　　Defendants filed an answer in the Superior Court on May 29, 2014. A copy of this document is attached as Exhibit B.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
NOTICE OF REMOVAL OF CIVIL ACTION

3. This notice of removal is filed within 30 days of Defendants having been made aware of the complaint which states the federal claim upon which the removal is based.

4. Defendant Laborers Local No. 261 sponsors a 401(k) Plan which is subject to the Employment Retirement Income Security Act ("ERISA").

5. Plaintiff alleges at ¶ 11 of his complaint that Defendants discriminated against Plaintiff by allowing other similarly situated employees certain benefits, including "401k and Deferred Compensation Packages" while not allowing those benefits to him.

6. Resolution of Plaintiff's claim requires determining the obligations under 401(k) Plan sponsored by Laborers Local 261.

7. All Defendants who have been served or otherwise have knowledge of this action have joined in this notice of removal.

8. The Superior Court for the County of San Francisco is located in the Northern District of California and therefore this Court is a proper court for the removal of this action.

WHEREFORE, Defendants hereby file this notice of removal.

Dated: May 29, 2014                         WEINBERG, ROGER & ROSENFELD
                                            A Professional Corporation


                                            /s/ *Antonio Ruiz*
                                    By:     Antonio Ruiz
                                            Concepción E. Lozano-Batista

                                            Attorneys for Defendants Laborers Local No. 261
                                            and Ramon Hernandez

136046/766264

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
NOTICE OF REMOVAL OF CIVIL ACTION

## CERTIFICATE OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On May 29, 2014, I served the following documents in the manner described below:

**NOTICE OF REMOVAL OF CIVIL ACTION**

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Alameda, California.

On the following part(ies) in this action:

Ignacio Castillo
1690 Manzanita Avenue
San Leandro, CA  94579

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 29, 2014, at Alameda, California.

/s/ *Joanna Son*
Joanna Son

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
NOTICE OF REMOVAL OF CIVIL ACTION