IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IGNACIO CASTILLO,

    Plaintiff,

v.

LABORERS LOCAL NO. 261 CONSTRUCTION AND GENERAL LABORERS, et al.,

    Defendants.

No. C 14-02478 JSW

**ORDER VACATING HEARING**

Now before the Court for consideration is Plaintiff Ignacio Castillo's Motion to Remand. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion suitable for disposition without oral argument. *See* Civil L.R. 7-1(b). The Court therefore VACATES the hearing scheduled for December 5, 2014, and takes the motion under submission. The Court shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: December 1, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE